UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARGARET DOWDELL, on behalf of herself,
et al.,

        Plaintiffs,                                 **ORDER**
                                                                CV 10-1332 (SJF)(ARL)

     -against-

JOHN E. IMHOF as Commissioner of the Nassau
County Department of Social Services,

        Defendant.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiffs' letter application dated November 1, 2010, seeking to compel the defendant to produce Rule 30(b)(6) witnesses and to respond to the plaintiff's Interrogatories and Notice to Produce. In its response, the defendant has explained that it does not oppose the production but simply needs more time to respond due to counsel's trial schedule. Given the discovery deadline, the court will only extend the defendant's time to respond to the plaintiff's Interrogatories and Notice to Produce to December 3, 2010. The Rule 30(b)(6) depositions are to be scheduled by December 10, 2010. To ensure that all discovery is completed by the January 11th deadline, any additional discovery requests resulting from the depositions must be served by December 17, 2010. The defendant must respond to those requests, if any, by January 7, 2010.

Dated: Central Islip, New York                            **SO ORDERED:**
        November 8, 2010

                                                                    _____/s_____
                                                                      ARLENE R. LINDSAY
                                                                        United States Magistrate Judge